**Exhibit A**

**SUMMARY OF SIGNIFICANT SENTENCES IMPOSED IN PRODUCTION OF CHILD PORNOGRAPHY CASES**

|    | DISTRICT | DEFENDANT'S NAME | COURT NUMBER | SENTENCE DATE (Yr-Mo-Day) | PRISON TIME (MONTHS) |
|----|----------|------------------|--------------|---------------------------|----------------------|
| 1  | ALN | Culver, Brian Scott | 5:07-CR-00009-LSC-JEO | 071026 | 720 |
| 2  | ILN | Skinner, Robert | 06-CR-00316 | 071108 | 720 |
| 3  | ARW | Chappell, Jr., Daniel | 5:07CR50074-001 | 081118 | 720 |
| 4  | IAS | Summage, Kerwin Lamont | 08-048 | 081124 | 720 |
| 5  | KYW | Hawkins, Jason | 06-CR-00064-M | 080506 | 720 |
| 6  | MIE | Grimes, Bennie | 14-CR-20301 | 091014 | 720 |
| 7  | NCE | Sherwin, Daniel | 08-CR-00020-BO2 | 090305 | 720 |
| 8  | FLM | Blage, Kenneth | 09-CR-00584-T | 100901 | 720 |
| 9  | LAW | Lolley, Curtis | 09-CR-00339 | 100827 | 720 |
| 10 | MOE | Parsons, Gregory Lynn | 08-CR-00518 CDP | 090707 | 720 |
| 11 | MOW | Harrison, Richard C. | 09-CR-00109 | 100310 | 720 |
| 12 | NCE | Johnston, Dennis | 09-CR-00072 | 091224 | 720 |
| 13 | ARW | Bain, Richard | 5:09CR50098 | 101022 | 720 |
| 14 | ARW | Cunningham, Michael "Jason" | 10-CR-50095 | 110318 | 720 |
| 15 | LAW | Fruge, Shelton Peter | 10-CR-00241 | 110202 | 720 |
| 16 | MOW | Harrison, Richard C. | 09-CR-00109 | 100310 | 720 |
| 17 | NH  | Goergen, Ronald | 10-CR-00117-JD | 110120 | 720 |
| 18 | MSN | Robinson, Brian | 11-CR-00049-3-A | 120710 | 720 |
| 19 | NYN | Russell, Jr., Richard | 08-CR-00545 | 111007 | 720 |
| 20 | NYN | Ketcham, Cory J. | 11-CR-00057 | 111206 | 720 |
| 21 | VAE | Cardenales, Abimael | 12-CR-00002-2 | 120723 | 720 |
| 22 | ARW | Bates, Roger | 12-CR-20010 | 121221 | 720 |
| 23 | CAE | Hernandez-Velazquez, Jose | 11-CR-00134-F | 130417 | 720 |
| 24 | NYN | Salmon, Brett | 11-CR-00364 | 121113 | 761 |
| 25 | NYW | Tyson, Joseph M. | 06-CR-06127CJS | 081112 | 780 |
| 26 | ARW | Bergthold, Brian | 5:07CR50052 | 080915 | 840 |

| # | | | | | |
|---|---|---|---|---|---|
| 27 | GAN | Huskey, James Bartholomew | 08-CR-00033-4 | 090309 | 840 |
| 28 | MT | Herbst, Basil | CR 07-103-BLG-JDS | 081125 | 840 |
| 29 | PAE | Eyster, Daniel | 08-CR-00618 | 090723 | 840 |
| 30 | TXN | Dickson, Bryan K. | 09-CR-00040-A-FW | 091026 | 840 |
| 31 | ARW | Cannon, William | 10-CR-50108 | 120201 | 840* Aff'd 8th Cir. |
| 32 | NYW | Luczkowiak, Roger S. | 11-CR-00392S | 120927 | 840 |
| 33 | OHN | Israel, Timothy B. | 10-CR-00347 | 111129 | 840 |
| 34 | CAS | Loftin, Corey James | 11-CR-01895-JLS | 121213 | 840 |
| 35 | INS | Armstrong, Mark | 09-CR-00012-DFH/MGN4 | 091221 | 900 |
| 36 | VAE | Martinez, Scottie Lee | 10-CR-00122 | 110220 | 960 |
| 37 | OHS | Keith, Andrew F. | 11-CR-00005-1 | 120511 | 960 |
| 38 | MT | Threadgill, Kenneth | CR 07-89-GF-SEH | 080116 | 1020 |
| 39 | CT | Sensi, Edgardo M. | 08-CR-00253 | 120209 | 1020 |
| 40 | TXE | Stewart, James Rustin | 09-CR-00159-1 | 100823 | 1080 |
| 41 | OHN | Lennard, Shawn M. | 09-CR-00444 | 101005 | 1080 |
| 42 | FLM | Branndt, Wesley | 11-CR-00058-T | 111109 | 1080 |
| 43 | INS | Bostic, David Ryan | 11-CR-00033 JMS-KPF1 | 120105 | 1080 |
| 44 | GAS | Rivera, Angel Luis | 11-CR-00007 | 130118 | 1080 |
| 45 | MIW | Herrick, Scott Allen | 10-CR-00207 | 120117 | 1140* Aff'd 6th Cir. |
| 46 | FLM | Sarras, Donatos | 6:07-CR-92-ORL | 080410 | 1200* Aff'd 11th Cir. |
| 47 | MOE | Greenwell, Jeffrey | 09-CR-00757 CAS | 111018 | 1200 |
| 48 | FLM | Dickerson, Ivory | 07-CR-00150-ORL | 090407 | 1320 |
| 49 | MT | Fox, Ralph | CR 07-47-M-DWM | 081017 | 1320 |
| 50 | ILN | Boroczk, Darrick C. | 09-CR-00647 | 120110 | 1340* Aff'd 7th Cir. |
| 51 | INS | Hodge, Larry Everett | 11-CR-00007-RLY-WGH-3 | 120531 | 1380* Aff'd 7th Cir. |
| 52 | MIW | Hinojosa., Michael James | 1:06-CR-93 | 080319 | 1440 |
| 53 | NYS | Davis, William | 07 CR 0468 | 090824 | 1440 |
| 54 | MOE | Martin, Michael Paul | 09-CR-00760 JCH | 100729 | 1440 |
| 55 | NCM | Hallman, David Matthew | 12-CR-00010 | 130108 | 1440 |

|    |     |     |     |     |     |
|----|-----|-----|-----|-----|-----|
| 56 | VAW | Cobler, James Robert | 12-CR-00026 | 130215 | 1440 |
| 57 | FLS | Castillo, Edgar Geovani Esquivel | 10-CR-20120-DMM | 100928 | 1560* Aff'd 11th Cir. |
| 58 | NYW | Snyder, Shawn | 10-2624-CR | 100623 | 900 |
| 59 | NCE | Davis, John Thomas | 09-CR-00018-BO | 090505 | 1680 |
| 60 | FLM | Cowan, Robert Allan | 09-CR-00387-J | 111208 | 1680 |
| 61 | LAM | Miller, Paul W. | 10-CR-00102-JJB-DLD | 120520 | 1680 |
| 62 | FLN | Olmeda, Keith | 09-CR-00030-01-SPM | 100209 | 1800 |
| 63 | NYN | Hamilton, Wayne | 11-CR-00555 | 121113 | 1800* Aff'd 2d Cir. |
| 64 | NH | Wright, John Allen | 11-CR-00146-SM | 130225 | 1920 |
| 65 | MOE | Devlin, Michael | 4:07CR143 JCH | 071226 | 2010 |
| 66 | INS | Metzger, David | 09-CR-00188-LJM/KPF1 | 100525 | 2820 |
| 67 | INS | Bostic, David Ryan | 1:11-CR-027-JMS-KPF | 120113 | 3060 |
| 68 | MOE | Beasley, Leland | 10-CR-00119 CEJ | 110712 | 3480 |
| 69 | ALN | Hayes, Gordon Elton | 4:07-CR-00062-IPJ-TMP | 070824 | 3720 |
| 70 | ALN | Vasiloff, Gary Steven | 4:07-CR-00337-VEH-PWG | 080204 | 3900 |
| 71 | INS | McGrath, Andrew | 1:09-CR-0169-L/F | 100517 | 4440 |
| 72 | ALN | McKim, Christine Staggs | 08-CR-00313-IPJ-RRA-2 | 091007 | 5400 |
| 73 | ALN | Hulsey, James Shawn | 08-CR-00313-IPJ-RRA-2 | 091007 | 5760 |
| 74 | ALN | Falgout III, Pierre Ernest | 6:07-CR-00157-RDP-RRA | 080620 | 11520 |
| 75 | FLM | Matthews, Samuel | 8:07-CR-247-T | 071030 | LIFE |
| 76 | ILC | Rosenbohm, Justin | 07-10117 | 080627 | LIFE |
| 77 | KYW | Moore, James T. | 3:06CR-98-S | 080304 | LIFE |
| 78 | MN | Paton, Lyle Robert | CR06-298PJS/SRN | 071022 | LIFE |
| 79 | MT | Gallenardo, William | CR 07-04-BU-DWM | 071026 | LIFE |
| 80 | TNE | Becker, David Aaron | 3:07-CR-22 | 071026 | LIFE |
| 81 | ARW | White, Arthur | 3:09CR30001 | 090624 | LIFE |
| 82 | CAE | Harrod, Allen | 03-CR-00384-S | 090427 | LIFE |
| 83 | CAE | LaBrecque, Michael | 03-CR-00384-S | 090427 | LIFE |
| 84 | CAS | Lutts, Michael William | 14-CR-2542 | 120715 | 960 |
| 85 | FLN | Freeman, James Andrew | 08-CR-00022-03-LAC | 090505 | LIFE |

| | | | | | |
|---|---|---|---|---|---|
| 86 | FLN | Mumpower, Warren K. | 08-CR-00022-03-LAC | 090722 | LIFE |
| 87 | FLN | Lakey, Gary Wayne | 08-CR-00022-03-LAC | 090420 | LIFE |
| 88 | FLN | McGarity, Neville R. | 08-CR-00022-03-LAC | 090420 | LIFE |
| 89 | FLN | Lambert, Marvin Laverne | 08-CR-00022-03-LAC | 090420 | LIFE |
| 90 | FLN | Castleman, Daniel Scott | 08-CR-00022-03-LAC | 090420 | LIFE |
| 91 | ILS | Courtright, Carl | 07-CR-30179-DRH | 090724 | LIFE |
| 92 | ILS | Masulla, Louise | 08-CR-30234-GPM-DGW | 090731 | LIFE |
| 93 | ILS | Robinson, Tabitha D. | 08-CR-30234-GPM-DGW | 090813 | LIFE |
| 94 | ILS | Milligan, William | 08-CR-30234-GPM-DGW | 090731 | LIFE |
| 95 | LAW | Daranda, Ben | 07-CR-10022-01 | 081125 | LIFE |
| 96 | NV | Latham, Robert Myron | 06-CR-00379-LDG(GWF) | 090304 | LIFE |
| 97 | NYN | Sacco, Dean | 08-CR-00077 | 090303 | LIFE |
| 98 | PAE | Marz, Robert Paul | 07-CR-00199 | 090914 | LIFE |
| 99 | TXW | Carmony, Charles Wayne | SA08CR036 | 090224 | LIFE |
| 100 | ALM | Smith, Ricky Randall Rex | 07-CR-00183-WKW | 100402 | LIFE |
| 101 | ALN | Simons, John Lawson | 08-CR-00408-CLS-TMP-5 | 100818 | LIFE |
| 102 | INS | Rarey, Rickie | 1:09-CR-130-M/F | 100224 | LIFE |
| 103 | MIE | Frazee, James | 10-CR-20082 | 100909 | LIFE |
| 104 | ALS | McGee, Bernard | 10-CR-00162-CG | 110303 | LIFE |
| 105 | ARW | Wilson, James H. | 2:09CR20063 | 101021 | LIFE |
| 106 | FLS | Rios, Jesus | 09-CR-60054-JIC | 101227 | LIFE |
| 107 | MD | Davison, Jesse Aaron | 10-CR-00632 | 110830 | LIFE |
| 108 | MIE | Demink, Steven | 10-CR-20676 | 110926 | LIFE |
| 109 | DE | Pavulak, Paul E. | 09-CR-00043-SLR | 111014 | LIFE |
| 110 | FLS | Mozie, James | 11-CR-60121-WPD | 120625 | LIFE |
| 111 | NYN | Rood, Flay | 10-CR-00149 | 111007 | LIFE |
| 112 | MOE | Gravenmier, Jack E. | 12-CR-00464 JAR | 130429 | LIFE |
| 113 | MOW | Smith, Todd C. | 11-CR-05044-01 | 121221 | LIFE |
| 114 | VAE | Sebolt, Philip Michael | 12-CR-00033-3 | 130128 | LIFE |
| 115 | FLM | Speer, Steven | 8:13-CR-561 | 100314 | 1080 |
| 116 | FLM | Cuadrado, Benjamin | 8:14-CR-176 | 040615 | 960 |

| | | | | | |
|---|---|---|---|---|---|
| 117 | INN | Eckstrom, Daniel | 2:13-84 | | 5040*<br>Aff'd 7th Cir. |
| 118 | INN | Bour, Christopher | 2:13-CR-36 | | Life +85 years |
| 119 | ME | Arsenault, Patrik Ian | 1:13-CR-170 | 012315 | 780 |
| 120 | CAC | Reczko, Stanley Dan | 7-CR-1221 | 051815 | LIFE |
| 121 | EDCA | McCormack, Shawn | 11-CR-324 | 101315 | LIFE |
| 122 | OHN | Cavna, Christopher | 4:13-401 | 061314 | 1080 |
| 123 | CO | Wolf, Mervyn Edy | 14-Cr-107 | 011415 | 720 |
| 124 | FLM | Chansler, Lucas Michael | 3:10-CR-100 | 111014 | 1660 |
| 125 | NYN | Staples, Ryan | 8:13-CR-440 | 101414 | 1080 |
| 126 | IAN | Strong, Benton | 13-2014-CR | 021314 | 1320 |
| 127 | TNM | Green, Daniel | 3:10-98 | 063014 | 960 |
| 128 | WDMI | Brown, Floyd Andrew | 1:12-CR-309 | 112113 | 720 |
| 129 | NYN | McGlaughlin, Robert | 1:14-CR320 | 040315 | 720 |
| 130 | NYN | Brown, Nathan | 1:12-CR145 | 012913 | 720*<br>Aff'd 2d Cir. |
| 131 | NYN | Whitt, Dennis | 7:14-CR-318 | 040815 | 720 |
| 132 | NYN | Howells, Stephen | 5:14-CR-340 | 121715 | 6960 |
| 133 | NYN | Vaisey, Nicole | 5:14-CR-340 | 121715 | 3600 |
| 134 | OHS | Napier, James | 1:13-CR16 | 052014 | 2880 |
| 135 | FLM | Cloonan, Christopher Richard | 3:14-CR-69 | 030515 | LIFE |
| 136 | FLM | Hudson, Charles Franklin | 3:14-CR-40 | 040115 | 720 |
| 137 | TXN | Bogomel, Gregory | 4:14-CR-174 | 031215 | 720 |
| 138 | TXN | Kutej, Jonathan Daniel | 4:14-CR-74 | 062615 | 720 |
| 139 | TXN | Winner, Ryan Anthony | 7:15-CR-13 | 010416 | 720 |
| 140 | NYE | McGowan, Michael | | | 1080 |
| 141 | TNE | Waugh, Tommy Lee | 3:13-CR-142 | 053014 | 528 |
| 142 | PAM | Curran, Daniel Thomas | 1:13-CR-259 | 060415 | 840 |
| 143 | TXN | Walker, Stephen | 3:14-CR-487 | 070615 | 720 |
| 144 | TXN | Rinehart, Timothy | 3:13-CR-91 | 041015 | 2160 |
| 145 | AK | Cunningham, Robert Earl | 13-CR-00122-3 | 141126 | 600 |

| | | | | | |
|---|---|---|---|---|---|
| 146 | ALN | Ayers, Matthew David | 14-CR-00117-LSC-SGC-5 | 141219 | 9000 |
| 147 | CAE | Davenport, Jesse | 13-CR-00399-S | 170511 | 600 |
| 148 | FLM | Phillips, Roy Thomas | 16-CR-00198-ORL | 170803 | 720 |
| 149 | ILC | Ducharme, David | 11-CR-20027 | 121212 | 600 |
| 150 | ILC | Shannon, Shawn | 15-CR-20014 | 170912 | 720 |
| 151 | ILN | Anderson, Donald | 09-CR-00754 | 130226 | 600 |
| 152 | ILN | Scholtes, Timothy | 09-CR-00491 | 100916 | 620 |
| 153 | ILS | Craig, David Michael | 11-CR-40066-JPG | 120126 | 600 |
| 154 | INS | Hilton, Joel Dale | 14-CR-00167-TWP-TAB1 | 150309 | 600 |
| 155 | MIW | Minch, Richard Lee | 09-CR-00051 | 100204 | 600 |
| 156 | MOW | Price, William | 06-CR-06012-01-SJ-NKL | 081010 | 600 |
| 157 | MOW | Smith, Tracy | 16-CR-030313-MDH | 161222 | 600 |
| 158 | MSN | Shoemake, Angela | 10-CR-00123-M | 110505 | 600 |
| 159 | NH | Stewart, Mason | 11-CR-00136-PB | 120119 | 600 |
| 160 | NJ | Wares, Clifford | 15-CR-00570 | 160708 | LIFE |
| 161 | NYE | Valerio, Joseph | 14-CR-00094-02 | 170926 | 1440 |
| 162 | OR | Rockett, Steven Douglas | 13-CR-00557 | 160915 | 720 |
| 163 | TNM | Souders, Richard A. | 14-CR-00164 | 170919 | 720 |
| 164 | TXN | Buck, Shannon | 14-CR-00354-B-DL | 160921 | 720 |
| 165 | TXN | Winchel, Christian C. | 15-CR-00079-D-DL | 160921 | 600 |
| 166 | TXS | Niver, William Lee | 15-CR-00155-H | 170307 | 960 |
| 167 | TXS | Perez, John Anthony | 16-CR-00310-C | 160817 | 750 |
| 168 | TXW | Diehl, David Andrew | 10-CR-00297-A | 111027 | 600 |
| 169 | TXW | Callaway, Harold Bruce | 13-CR-00187-M | 140912 | 1440 |
| 170 | VAE | Ramsey, Jeffrey | 10-CR-00095-4 | 111117 | 600 |
| 171 | VAE | Scott, Jr., John Franklin | 12-CR-00014-2 | 130718 | 600 |
| 172 | VAW | Dowell, John Stuart | 11-CR-00045 | 130719 | 960 |
| 173 | WAE | Streetman, Dan | 16-CR-00078-RMP | 170623 | 720 |
| 174 | NYN | Seaway, Clif | | 180503 | 4320 |
| 175 | NYN | Kopp, Jason | 16-CR-108 | 160913 | 2820 |
| 176 | NYN | Rosa, Efrain | 07-CR-443 | 090212 | 1440 |

| | | | | | |
|---|---|---|---|---|---|
| 177 | NYN | Laporte, Stacey | 16-CR-320 | 180104 | 1140 |
| 178 | NYN | McCoy, Robert | | 160216 | 960 |
| 179 | NYN | Russell, Richard | 08-CR-545 | 110708 | 720 |
| 180 | NYN | Chase, Brok | 16-CR-086 | 160725 | 600*<br>Aff'd 2d Cir |
| 182 | KS | Williamson | 13-20011 | | Life |
| 183 | KS | Grigsby, Phillip | 6:12-CR10174-001 | 130520 | 3120*<br>Aff'd 10th Cir |
| 184 | FLS | Williams, Scott | 13-13353 (Appellate) | Aff'd 12/31/13 | 1200*<br>Aff'd 11th Cir. |
| 185 | IAN | Goodale, Michael | 12-3972 (Appellate) | Aff'd 12/30/13 | Life*<br>Aff'd 8th Cir. |
| 186 | FLM | Johnson, Michael | 05-14889 (Appellate) | 050825 | 1680*<br>Aff'd 11th Cir. |
| 187 | MN | Betcher, Bruce | 07-2173 (Appellate) | Aff'd 7/22/08 | 9000*<br>Aff'd 8th Cir. |
| 188 | FLM | Lockhart, James | 8:19-cr-128-T-23AAS | 190711 | 840 |
| 189 | FLN | Foster, Michael Steven | 06-12966 (Appellate) | Aff'd 12/12/06 | Life*<br>Aff'd 11th Cir. |
| 190 | TNW | Vowell, Walter Franklin | 06-5742 (Appellate) | Aff'd 1/29/08 | 780*<br>Aff'd 6th Cir. |
| 191 | ILS | Horton, Christopher Michael | 14-1559 (Appellate) | Aff'd 10/21/14 | 1080*<br>Aff'd 7th Cir. |
| 192 | NV | Ditirro, Lonny Joseph | 2:16-cr-216-KJD-CWH | 190504 | 1680 |
| 193 | RI | Goodman, Thomas | 18-141-JJM | 190322 | 3120 |
| 194 | IAS | Zollman, Timothy Ryan | 4:16-cr-00167 | 160908 | 1440 |
| 195 | ARW | Demeyer, Kirk | 10-3596 (Appellate) | Aff'd 1/26/12 | 1440 |
| 196 | ARW | Sholds, Scott | 14-3720 (Appellate) | Aff'd 7/1/16 | 960 |
| 197 | MOE | Greenwall, Jeffrey | 11-3280 (Appellate) | Aff'd 8/8/12 | 1200 |
| 198 | MOE | Bleckler, Donald Wayne | 12-2166 (Appellate) | Aff'd 3/28/13 | 660 |
| 199 | MOE | Smith, Jody Eugene | 14-2912 (Appellate) | Aff'd 10/28/15 | 720*<br>Aff'd 8th Cir. |
| 200 | INS | Clark, Ricky | 1:16-cr-00219-JMS-TAB | 190208 | Life |
| 201 | TNW | Milam, Terrance | 2:15-cr-20091 | 161007 | 2052 |
| 202 | RI | Jones, Donald | 11-82-WES | Aff'd 3/23/15 | 600*<br>Aff'd 1st Cir. |

| | | | | | |
|---|---|---|---|---|---|
| 203 | RI | Gaccione, Jay | | 190628 | 2160 |
| 204 | OR | Kowalczyk, Andrew | 3:08-cr-00095-MO | 190909 | 3240 |